UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Jesse Charles Lay**,

Soc. Sec. No. xxx-xx-2665
Mailing Address: 500 Guy Walker Way, Durham, NC 27703-

Debtor.

Bankruptcy Case No.: 10-80953

**Jesse Charles Lay**,

Plaintiff,

vs.

**Louis A. Trosch, Trustee; et al**.

Defendants.

A.P. No.: 10-9094

## ORDER VOLUNTARILY DISMISSING ADVERSARY PROCEEDING

Having received and reviewed the Stipulation of Dismissal; Motion for Entry of Order Dismissing Adversary Proceeding filed jointly by the Plaintiff and the Defendants in this adversary proceeding, and finding that the adversary proceeding should be dismissed as requested by the parties and upon appropriate notice under Bankruptcy Rule 7041,

IT IS HEREBY ORDERED that this adversary proceeding be and is hereby dismissed, with each party to bear its own attorneys' fees and costs.